**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: William Glenn Ward aka William Ward**
**Debtor(s)**

**BK NO. 26-00321 MJC**

**Chapter 13**

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
20 Feb 2026, 10:36:04, EST

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Document ID: 866142cf8130290a62b07c984dbee0ece85ba512e0701e34deaa0721206b3g6f