United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
William Glenn Ward  
    Debtor

Case No. 26-00321-MJC

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5

User: AutoDocke

Page 1 of 2

Date Rcvd: Mar 05, 2026

Form ID: pdf010

Total Noticed: 4

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 07, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| db | + Email/PDF: williamw1979@netscape.net | Mar 05 2026 18:38:00 | William Glenn Ward, 1006 Salem Blvd, Berwick, PA 18603-6841 |
| 5781253 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 05 2026 18:45:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5778564 | ^ MEBN | Mar 05 2026 18:35:46 | MidFirst Bank c/o KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5778807 | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Mar 05 2026 18:45:21 | U.S. Department of Housing and Urban Development, Ralph Metcalfe Federal Building, 801 Market Street, 12th Floor, Philadelphia, PA 19107 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2026

Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 5, 2026 at the address(es) listed below:**

**Name**          **Email Address**

Jack N Zaharopoulos

ecf_pahu_alt@trustee13.com

Matthew K. Fissel

on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 3

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

William Glenn Ward

|  | | |
|---|---|---|
| | **Chapter:** | 13 |
| **Debtor 1** | **Case No.:** | **5:26-bk-00321-MJC** |

## ORDER DISMISSING CASE FOR FAILURE TO COMPLY WITH ORDER

Upon consideration of the Order granting Debtor's request for temporary waiver to complete and file Certificate of Credit Counseling ("Certificate") and directing the Debtor to file the Certificate on or before March 4, 2026, entered February 3, 2026, Doc. 9 ("Order");

**AND**, Debtor having failed to file the Certificate in response thereto, it is hereby

**ORDERED** that the above-captioned case is **DISMISSED** for Debtor's failure to comply with the Order.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 5, 2026